

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>TOMAS MAURICIO COVARRUBIOS RAMIREZ<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-MJ-00738-DUTY<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Tuesday__ , __9/3/2025__ , at __2:00__  ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __09/02/2025__

AUTUMN D. SPAETH
U.S. Magistrate Judge